**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

MARY KAY, INC.,

        Plaintiff,

v.

AMY L. WEBER, SCOTT J. WEBER,
and TOUCH OF PINK COSMETICS,

        Defendants.

CASE NO.: 3-08-CV-776-G
ECF

## DEFENDANTS' SECOND AMENDED TRIAL WITNESS LIST

COME NOW Defendants, Amy L. Weber, Scott J. Weber and Touch of Pink Cosmetics ("Defendants") and file this Second Amended Trial Witness List in accordance with the Court's Amended Order Establishing Schedule and Certain Pretrial Requirements dated September 16, 2008. The "direct" time is Defendants' estimated time for their witnesses, regardless of whether they call a particular witness or Plaintiff calls that witness. Likewise, "cross" is Defendants' estimate of the time Plaintiff will examine the witness, regardless of which party calls that witness.

### I. PROBABLE WITNESSES

    Amy L. Weber
    Touch of Pink Cosmetics
    622 U.S. Highway 6
    La Salle, Illinois 61301
        Ms. Weber is expected to testify about being and then ceasing being a Mary Kay IBC, Defendants' sale of Mary Kay products on the internet, Mary Kay's communications with Defendants, all aspects of the operations of Touch of Pink and Defendants' revenues, expenses and profit.

        EXPECTED DURATION:  <u>DIRECT</u> – 3 hours   <u>CROSS</u> - 1.5 hours

Scott J. Weber
Touch of Pink Cosmetics
622 U.S. Highway 6
La Salle, Illinois 61301
> Mr. Weber is expected to testify about his decision to sell Mrs. Webers' remaining inventory on eBay, Defendants' sale of Mary Kay products on the internet, development of the business, communications with Mary Kay and Touch of Pink photographs of Mary Kay products.
>
> EXPECTED DURATION:  <u>DIRECT</u> – 30-60 mins.  <u>CROSS</u> – 45 mins.

Tammy Hoebing
1332 Bucklin St
LaSalle, IL 61301
> Ms. Hoebing is expected to testify about her knowledge of shipping and receiving of products for Touch of Pink.
>
> EXPECTED DURATION:  <u>DIRECT</u> – 30-60 mins.  <u>CROSS</u> – 15 mins.

Sharran Martin (BY DEPOSITION)
1711 45th Avenue
Greeley, Colorado 80634
> Ms. Martin may be called to testify about being a Mary Kay IBC, her purchase of products from Touch of Pink and sale of those products and the matters set forth in the designation of deposition testimony.
>
> EXPECTED DURATION:  <u>DIRECT</u> – 45 mins.    <u>CROSS</u> -1 hour

## II. POSSIBLE WITNESSES

Brandee Bell
512 Corning Street
Anderson, South Carolina
> Ms. Bell is expected to testify about her knowledge of Touch of Pink's purchasing of Mary Kay Products from third parties.
>
> EXPECTED DURATION:  <u>DIRECT</u> – 30 mins.    <u>CROSS</u> – 30 mins.

Karen Richardson (BY DEPOSITION)
10403 Duke Court
Fairdale, Kentucky 40118
502.533.1602
 Ms. Richardson may be called to discuss her experience with Touch of Pink and the matters designated in the designation of deposition testimony.

 EXPECTED DURATION:  DIRECT – 30 mins.  CROSS – 30 mins.

Sherrie Moore
P.O. Box 3263
Show Low, Arizona 85902
 Ms. Moore may be called to testify about her knowledge of customer service issues with Touch of Pink.

 EXPECTED DURATION:  DIRECT – 10 mins.  CROSS – 10 mins.

Roberta Defoe
411 Main St
Dalzell, Illinois 61320
 Ms. Defoe may be called to testify about her knowledge of Touch of Pink's shipping and receiving of products.

 EXPECTED DURATION:  DIRECT – 20 mins.  CROSS – 15 mins.

Rene Wickham
Mary Kay, Inc.
c/o Lynn Tillotson Pinker & Cox, LLP
750 North St. Paul Street
Suite 1400
Dallas, TX  75201
 Ms. Wickham may be called to testify about Mary Kay product quality issues.

 EXPECTED DURATION:  DIRECT – 2 hours  CROSS – 1 hour

Nancy Pike
Mary Kay, Inc.
c/o Lynn Tillotson Pinker & Cox, LLP
750 North St. Paul Street
Suite 1400
Dallas, TX  75201

    Ms. Pike may be called to testify regarding communications between Mary Kay and the Webers, the Webers compliance and other enforcement issues.

    EXPECTED DURATION:  <u>DIRECT</u> – 20-30 mins.    <u>CROSS</u> – 30 mins.

## III. EXPERT WITNESSES

Richard May
Bokus & May
1910 Forth Street
Peru, Illinois  61354

    Mr. May is expected to testify regarding Defendants' taxes for years 2005-2007.

    EXPECTED DURATION:  <u>DIRECT</u> – 45 mins.        <u>CROSS</u> – 30 mins.

Itamar Simonson
Graduate School of Business
Stanford University
Stanford, California 94305

    Prof. Simonson is expected to testify in rebuttal to any testimony presented by Plaintiff's expert Kent Van Liere.

    EXPECTED DURATION:  <u>DIRECT</u> – 2 hours            <u>CROSS</u> – 1 hour

        Respectfully submitted,

          /s/ Elizann Carroll
        Molly Buck Richard
        molly@richardlawgroup.com
        Texas Bar No. 16842800
        Elizann Carroll
        Elizann@richardlawgroup.com
        Texas Bar No. 00787209
        RICHARD LAW GROUP, INC.
        8411 Preston Road, Suite 890
        Dallas, TX  75225
        (214) 206-4300 (phone)
        (214) 206-4330 (fax)

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Mary Kay, Inc. who are authorized to receive electronically Notices of Electronic Filing:

*Counsel for Plaintiff Mary Kay, Inc.:*
John T. Cox III
Christopher J. Schewgmann
LYNN TILLOTSON PINKER & COX, LLP
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201

          /s/  Elizann Carroll