IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY KAY INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:08-CV-00776-G |
| AMY L. WEBER, SCOTT J. WEBER, and TOUCH OF PINK COSMETICS, | § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S FIRST AMENDED DESIGNATION OF DEPOSITION TESTIMONY**

COMES NOW, Plaintiff Mary Kay Inc. ("Plaintiff") and file this their First Amended Designation of Deposition Testimony in accordance with the Court's Amended Order Establishing Schedule and Certain Pretrial Requirements dated September 16, 2008:

### DEPOSITION OF BRANDEE BELL

| Page/Line |
|---|
| 4:5-6 |
| 4:25-5:3 |
| 5:10-13 |
| 8:11-10:11 |
| 13:5-7 |
| 14:16-15:21 |
| 21:22-23:2 |
| 25:17-22 |
| 29:14-30:19 |
| 31:6-10 |
| 31:13-32:19 |
| 36:16-37:13 |
| 60:19-61:7 |
| 64:25-65:6 |
| 65:21-67:25 |
| 77:21-78:9 |
| 84:25-86:19 |
| 100:9-101:2 |
| 101:22-104:5 |

| Page/Line |
|---|
| 104:12-106:15 |
| 119:3-123:17 |
| 126:8-15 |
| 127:10-128:2 |
| 130:1-17 |
| 134:12-135:1 |

## DEPOSITION OF ROBERTA DEFOE

| Page/Line |
|---|
| 31:9-18 |

## DEPOSITION OF TAMMY HOEBING

| Page/Line |
|---|
| 4:22-24 |
| 8:7-12 |
| 8:19-9:5 |
| 10:23-11:5 |
| 36:14-37:14 |
| 39:4-40:6 |
| 41:19-42:11 |
| 50:15-19 |
| 63:19-64:24 |
| 65:19-66:24 |
| 67:12-22 |
| 68:16-69:23 |
| 72:10-15 |
| 72:20-73:9 |
| 73:14-74:12 |
| 74:13-15 |
| 75:8-76:10 |

## DEPOSITION OF SHARRAN MARTIN

| Page/Line |
|---|
| 4:24 - 5:1 |
| 5:8-10 |
| 6:11 - 8:4 |
| 8:24 - 9:19 |
| 10:4-20 |
| 11:4 - 12:1 |
| 13:21 - 14:10 |
| 15:18 - 16:11 |
| 22:4-11 |
| 23:18 - 25:20 |

| Page/Line |
|---|
| 34:11 - 35:23 |
| 39:25 - 40:7 |
| 41:7-19 |
| 42:18-25 |
| 44:19 - 45:15 |
| 45:22 - 46:14 |
| 49:9 - 50:12 |
| 65:14 - 66:5 |
| 66:18-22 |
| 77:19 - 78:8 |
| 80:23 - 81:22 |
| 85:9 - 87:12 |
| 88:20 - 89:3 |
| 89:4 - 90:22 |
| 90:23 - 92:21 |
| 92:22 - 93:15 |
| 93:24 - 94:2 |
| 94:12 - 95:15 |
| 95:17 - 96:9 |
| 97:4 - 98:3 |
| 98:4 - 100:5 |
| 100:23 - 101:23 |
| 102:22 - 104:7 |
| 104:20 - 106:7 |
| 106:8 - 107:20 |
| 108:2-17 |
| 108:18 - 112:1 |
| 112:2-25 |
| 113:1-17 |
| 115:18 - 116:9 |

## DEPOSITION OF RICHARD MAY

| Page/Line |
|---|
| 52:13-55:3 |

## DEPOSITION OF KAREN RICHARDSON

| Page/Line |
|---|
| 5:7 - 6:10 |
| 16:8 - 17:18 |
| 18:17-20 |
| 23:22 - 24:4 |
| 24:13-23 |
| 25:2-18 |
| 33:13-20 |

| Page/Line |
|---|
| 34:8-16 |
| 35:18-22 |
| 35:23 - 37:6 |
| 38:20 - 40:24 |
| 41:19 - 42:23 |
| 43:12 - 44:11 |
| 44:24 - 46:18 |
| 47:5 - 48:21 |
| 48:22 - 50:9 |
| 51:19 - 52:8 |
| 53:7 - 54:8 |

Dated: February 23, 2009

Respectfully submitted,

John T. Cox III
Texas Bar No. 24003722
tcox@lynnllp.com
Jeffrey M. Tillotson, P.C.
Texas Bar No. 20039200
jmt@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24036724
cschwegmann@lynnllp.com
**LYNN TILLOTSON PINKER & COX, LLP**
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile
**ATTORNEYS FOR MARY KAY INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served as shown below on this the 23rd day of February, 2009:

**Via ECF**
Molly Buck Richard
Elizann Carroll
**RICHARD LAW GROUP, INC.**
8411 Preston Road, Suite 890
Dallas, Texas  75225
Telephone:     214-206-4300
Facsimile:      214-206-4330
molly@richardlawgroup.com
elizann@richardlawgroup.com

_____
Christopher J. Schwegmann