# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **MARY KAY INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Civil Action No. 3:08-CV-00776-G** |
| § | |
| **AMY L. WEBER, SCOTT J. WEBER,** § | |
| **and TOUCH OF PINK COSMETICS,** § | |
| § | |
| **Defendants.** § | |

---

## COMBINED PLAINTIFF'S AND DEFENDANTS'
## TRIAL EXHIBITS WITH OBJECTIONS & CROSS REFERENCES

---

COME NOW, Plaintiff Mary Kay Inc. ("Mary Kay") and Defendants Amy L. Weber, Scott J. Weber, and Touch of Pink Cosmetics (collectively, "Defendants") and file this Combined Plaintiff's and Defendants' Trial Exhibits with Objections and Cross References (the "Exhibit List") in accordance with this Court's Amended Order Establishing Schedule and Certain Pretrial Requirements (the "Order"). The parties have agreed to the admissibility or have objected to the admissibility of exhibits in accordance with paragraphs 7(c) and 8 of the Order as follows:

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 4 | | --- | --- | Demand for Preservation of Evidence letter from Lynn Tillotson Pinker & Cox | 07/24/08 | 402 403 | | |
| 5 | | --- | --- | Email from Elizann Carroll to Trey Cox regarding production documents | 07/31/08 | 402 403 | | |
| 6 | | TOP 0001 | 0038 | Transactions by Category Chart | 06/17/08 | 402 403 | | |
| 7 | | TOP 0039 | 0081 | Handwritten list of names of sellers to Touch of Pink | Undated | 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 9 | 9 | TOP 0082 | 0132 | TOP inventory liquidation spreadsheet | Undated | 402 403 | | |
| 10 | | TOP 0876 | 0876 | ProStores Custom Traffic Generation Report | May 19-25, 2008 | | ✓ | |
| 11 | | --- | --- | Mary Kay Google Search list | Undated | | ✓ | |
| 12 | | --- | --- | Touch of Pink Cosmetics' Objections and Answers to Plaintiff's First Set of Interrogatories | 06/20/08 | 403 | | |
| 13 | | --- | --- | Touch of Pink webpage – Homepage | 05/06/08 | | ✓ | |
| 15 | | --- | --- | Ebay webpage regarding Touch of Pink Cosmetics | 04/22/08 | | ✓ | |
| 17 | | --- | --- | ProStores article: Mary Kay retailer increases sales 20X with ProStores | 05/06/08 | 802 402 403 | | |
| 20 | | MK 0031 | 0036 | Independent Beauty Consultant Agreement General Terms and Conditions | Undated | | ✓ | |
| 21 | 21 | MK 7177 | 7180 | Draft MK Data Warehouse Consultant List | 10/07/08 | | ✓ | |
| 22 | 22 | MK 0057 | 0058 | Letter from Alison Schneck to Amy Weber regarding termination letter | 08/19/05 | | ✓ | |
| | 25 | MK 3852 MK 3707 | 3854 3708 | Letters from Mary Kay to Anita Paramentier and Christine Newell regarding unauthorized listings | Various | | ✓ | |
| | 26 | MK 0090 | 0091 | Email from Connie Wilbanks to Mary Kay sending Ebay product listing | 06/16/05 | | ✓ | |
| 27 | 27 | MK 5392 | 5393 | Letter from Mary Kay to Amy Weber regarding unauthorized listing | 06/27/05 | | ✓ | |
| 28 | 28 | MK 0089 | 0089 | Email from Connie Wilbanks to Mary Kay regarding Consultant on Ebay | 07/08/05 | Redact §2 802 | ✓ | |
| 29 | 29 | MK 5394 | 5395 | Letter from Mary Kay to Amy Weber regarding removal of unauthorized listing | 07/29/05 | | ✓ ✓ | |
| 30 | 30 | MK 0087 | 0088 | Email from Connie Wilbanks to Mary Kay regarding Consultant on Ebay | 08/04/05 | | ✓ | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 31 | 31 | MK 0066 | 0066 | Email from Janice Peveto to Alison Schneck regarding 30 day termination of Amy Weber | 08/17/05 | | ✔ | |
| | 32 | MK 0094 | 0094 | Email from LADTOLAW to Mary Kay regarding MK on Ebay | 09/13/05 | Redact last sentence 802 | ✔ | |
| 33 | 33 | MK 6430 | 6431 | Email from Nancy Pike to vero@ebay.com regarding MaryKay1Stop | 11/03/05 | | ✔ | |
| 34 | 34 | MK 6432 | 6440 | Notice of Claim Infringement | 11/03/05 | | ✔ | |
| | 35 | MK 0092 | 0093 | Email from Mary Kay to Carol Taylor regarding AOL Search Information | 12/31/07 | | ✔ | |
| 36 | 36 | MK 0064 | 0065 | Letter from Mary Kay to Scott Weber regarding Infringement of Mary Kay Trademark | 01/06/06 | | ✔ | |
| 37 | 37 | --- | --- | Article: Cosmetics retailer increases sales 20x with ProStores | Undated | | ✔ | |
| | 38 | --- | --- | Google Search Page | Undated | | ✔ | |
| 39 | 39 | TOP 21257 | 21281 | Touch of Pink WebPages | 08/06/08 | | ✔ | |
| 40 | 40 | TOP 21340 | 21340 | Touch of Pink Webpage – Newsletter | 01/25/08 | | ✔ | |
| 41 | 41 | TOP 21026 | 21044 | Coupons from Webpage | Undated | | ✔ | |
| 42 | | TOP 21330 | 21336 | All time keyword report for Touch of Pink | Undated | | ✔ | |
| 43 | | TOP 21310 | 21310 | Microsoft Billing Statement for Touch of Pink | 08/25/08 | | ✔ | |
| 44 | | TOP 21304 | 21309 | Yahoo! Client Activity Report | 02/00/08 | | ✔ | |
| 46 | | TOP 21296 | 21291 | On-Line Invoice for Touch of Pink | 02/12/08 | | ✔ | |
| 47 | | TOP 21297 | 21298 | On-Line Invoice for Touch of Pink | 01/16/08 | | ✔ | |
| 51 | 51 | TOP 21282 | 21284 | 2005 Profit & Loss Tax Information for Amy L. Weber | 2005 | | ✔ | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 52 | 52 | TOP 21285 | 21287 | 2006 Profit & Loss Tax Information for Amy L. Weber | 2006 | | ✓ | |
| 53 | 53 | TOP 21288 | 21290 | 2007 Profit & Loss Tax Information for Amy L. Weber | 2007 | | ✓ | |
| 56 | | TOP 130075 | 130076 | Ebay email to Touch of Pink regarding Question for Item #300221438412 | 07/10/08 | 402 403 | | |
| 57 | | TOP 46484 | 46484 | Email from Tammy@Touch of Pink to Service@Touch of Pink regarding Lip Products | 08/20/08 | 802 402 403 | | |
| 58 | | TOP 61534 | 61537 | Email from Service@Touch of Pink to simonschendel@arcor.de regarding Your Order has been Shipped! | 08/10/08 | 802 402 403 | | |
| 59 | | TOP 29719 | 29722 | Email from Touch of Pink to Service@Touch of Pink regarding Claim | 06/25/08 | 802 402 403 | | |
| 60 | | TOP 62687 | 62687 | Email from Heather Schreiber to Service@Touch of Pink regarding Current Order | 08/08/08 | 802 402 403 | | |
| 61 | | TOP 48793 | 48994 | Email from Service@Touch of Pink to VH regarding I'm going to sue you | 08/17/08 | 802 402 403 | | |
| 62 | | TOP 24234 | 24235 | Email from Tammy to Service@Touch of Pink regarding Good Morning | 08/15/08 | 802 402 403 | | |
| 66 | | TOP 122036 | 122040 | Email from Nelda Westover to Brandee regarding Liquidation List Attached | 07/17/08 | 402 403 | | |
| 67 | | TOP 1097 | 1097 | Touch of Pink webpage for Brandee Bell | Undated | 402 403 | | |
| 68 | | TOP 1098 | 1098 | Touch of Pink webpage #2 for Brandee Bell | Undated | 402 403 | | |
| 69 | | TOP 1099 | 1100 | Touch of Pink webpage #3 for Brandee Bell | Undated | 402 403 | | |
| 70 | | --- | --- | Expert Report of David Leathers | 10/31/08 | 802 | | |
| 73 | | --- | --- | Amy L. Weber Revenues for 2005-2007 | 2005-2007 | 402 403 | | |
| 75 | | --- | --- | Expert Report of Kent D. Van Liere | 11/25/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| **76** | | --- | --- | Resume of Kent D. Van Liere | Undated | 802 402 403 | | |
| **78** | | --- | --- | List of Documents Reviewed by Kent D. Van Liere | Undated | 802 402 403 | | |
| **79** | | --- | --- | Web Site Survey Supervisor Instructions | Undated | 802 402 403 | | |
| **80** | | --- | --- | NERA Mary Kay Study Data Map | Undated | 802 402 403 | | |
| **81** | | --- | --- | Mary Kay Independent Beauty Consultant Agreement with Brandee Bell | 03/02/02 | 402 403 | | |
| **83** | | TOP 140990_5 25 | 140990_5 27 | Email from Touch of Pink regarding Samples Please | 08/11/08 | 802 | | |
| **84** | | TOP 81984 | 81985 | Email from J. Dishon to Brandee Bell regarding Touch of Pink Cosmetics Policies | 08/26/08 | 402 403 | | |
| **85** | | TOP 124871 | 124872 | Email from J. Gerhauser to Brandee Bell regarding Inventory Purchase details | 07/15/08 | 402 403 | | |
| **86** | | TOP 94250 | 94250 | Email from T. Gross to Touch of Pink regarding Question for Brandee Bell | 08/13/08 | 402 403 | | |
| **87** | | TOP 116762 | 116763 | Email from B. Olson to Brandee Bell regarding liquidating MK inventory question | 07/23/08 | 402 403 | | |
| **88** | | TOP 77306 | 77306 | Email from Brandee Bell to setfree@gci.net regarding Here's looking at you from Alaska | 07/02/08 | 402 403 | | |
| **89** | | TOP 112897 | 112897 | Email from N. Bogdon to Touch of Pink regarding selling Mary Kay inventory | 07/28/08 | 402 403 | | |
| **90** | | TOP 122044 | 122044 | Email from Touch of Pink to Brandee Bell regarding liquidating MK products | 07/17/08 | 402 403 | | |
| **91** | | TOP 103739 | 103739 | Email from Touch of Pink to Brandee Bell regarding MK Inventory | 08/05/08 | 402 403 | | |
| **92** | | TOP 109894 | 109894 | Email from Touch of Pink to Brandee Bell regarding Quick Question about your web site | 07/31/08 | 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 94 | | TOP 99461 | 99462 | Email from D. Jones to Brandee Bell regarding Shipping | 08/08/08 | 402/403 (2d ¶ of top email) | | |
| 95 | | TOP 108941 | 108941 | Email from Monshizadeh to Touch of Pink regarding removing MK products from inventory | 07/31/08 | 402 403 | | |
| 96 | | TOP 109881 | 109882 | Email from B. Poirier to Brandee Bell regarding "I have a question" | 07/31/08 | 402 403 | | |
| 97 | | TOP 74908 | 74908 | Email from Brandee Bell to K. McClelland regarding MK Liquidation | 07/08/08 | 402 403 | | |
| 98 | | TOP 115634 | 115634 | Email from gisellesacon@hotmail.com to Brandee Bell regarding Liquidation items-help | 07/24/08 | 402 403 | | |
| 99 | | TOP 121704 | 121706 | Email from S. Mohamed to Brandee Bell regarding Mary Kay Products | 07/18/08 | 402 403 | | |
| 101 | | TOP 140990_2 150 | 140990_2 150 | Email from Touch of Pink to Touch of Pink regarding backorder list | 08/15/08 | 402 403 | | |
| 102 | | TOP 132003 | 132003 | Email from Touch of Pink to Brandee Bell regarding Former Consultant | 07/09/08 | 402 403 | | |
| 103 | | TOP 121827 | 121828 | Email from M. Brooks to Brandee Bell regarding Mary Kay Products | 07/17/08 | 402 403 | | |
| 104 | | TOP 32372 | 32372 | Email from Touch of Pink to Touch of Pink service regarding Intense Moisturizer | 06/09/08 | 802 402 403 | | |
| 105 | | TOP 32320 | 32322 | Email from Touch of Pink to Touch of Pink service regarding Return for Expired Item | 06/10/08 | 802 402 403 | | |
| 106 | . | TOP 32017 | 32019 | Email from Touch of Pink to Touch of Pink service regarding Your Order Has Been Shipped! | 06/11/08 | 802 402 403 | | |
| 107 | | TOP 31221 | 31221 | Email from Touch of Pink to Touch of Pink shipping regarding Order | 06/18/08 | 802 402 403 | | |
| 108 | | TOP 27349 | 27353 | Email from A. Sinclair to Touch of Pink regarding returns | 07/04/08 | 802 402 403 | | |
| 109 | | TOP 25806 | 25809 | Email from Touch of Pink to Touch of Pink service regarding About My Order | 07/30/08 | 802 402 403 | | |
| 110 | | TOP 24831 | 24832 | Email from Touch of Pink to Touch of Pink service regarding purchased item | 08/08/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 111 | | TOP 29709 | 209709 | Email from Touch of Pink to Touch of Pink shipping regarding Order Confirmation | 06/26/08 | 802 402 403 | | |
| 112 | | TOP 28972 | 28973 | Email from Touch of Pink to Touch of Pink shipping regarding Velocity Order #125029 | 06/28/08 | 802 402 403 | | |
| 113 | | TOP 51437 | 51437 | Email from D. Quintanilla to Touch of Pink regarding Good Morning | 08/15/08 | 802 402 403 | | |
| 114 | | TOP 41737 | 41738 | Email from dgohr@aol.com to Touch of Pink regarding Invoice #138976 | 08/22/08 | 802 402 403 | | |
| 115 | | TOP 38302 | 38303 | Email from A. Duperta to Touch of Pink TOP regarding Problem with Product | 08/25/08 | 802 402 403 | | |
| 116 | | TOP 50260 | 50260 | Email from Eick5570@aol.com to Touch of Pink regarding (no subject) | 08/17/08 | 802 402 403 | | |
| 117 | | TOP 32875 | 32875 | Email from Touch of Pink to Touch of Pink shipping regarding Defective Item recv'd | 08/29/08 | 802 402 403 | | |
| 118 | | TOP 34066 | 34067 | Email from L. Ashworth to Touch of Pink regarding Your Order Has Benn Shipped! | 08/28/08 | 802 402 403 | | |
| 119 | | TOP 55544 | 55544 | Email from K. Poyhonen to Touch of Pink service regarding Expired Item | 08/12/08 | 802 402 403 | | |
| 120 | | Various | Various | Collection of documents regarding orders | Various | 802 402 403 | | |
| 121 | | TOP 26230 | 26230 | Email from Touch of Pink to sherri@touchofpinkcosmetics.com regarding Damaged product | 07/21/08 | 802 402 403 | | |
| 122 | | TOP 26149 | 26151 | Email from Touch of Pink to sherri@touchofpinkcosmetics.com regarding Damaged Product | 07/23/08 | 802 402 403 | | |
| 123 | | TOP 26279 | 26279 | Email from Touch of Pink to Touch of Pink shipping regarding "About the product" | 07/20/08 | 802 402 403 | | |
| 124 | | TOP 75189 | 75191 | Email from Brandee Bell to L. Gibson regarding Reducing MK Inventory | 07/07/08 | 402 403 | | |
| 126 | | TOP 81519 | 81520 | Email from R. Pelham to Brandee Bell regarding Touch of Pink Cosmetics | 08/26/08 | 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | Policies | | | | |
| 128 | | TOP 24918 | 24929 | Email from TOP to TOP customer care regarding Your Order Has Been Shipped! | 08/06/08 | 402 403 | | |
| 131 | | --- | --- | Updated Touch of Pink Website | 11/25/08 | | ✔ | |
| 133 | | TOP 140990_798 | 140990_798 | Email from Touch of Pink to Touch of Pink regarding backorders | 07/25/08 | 402 403 | | |
| 135 | | MK 8234 | 8237 | Mary Kay Product Guide | 10/06 | | ✔ | |
| 136 | | TOP 142620 | 142771 | Mary Kay Career Essentials Guide | Undated | | ✔ | |
| 137 | 137 | MK 8040 | 8106 | Mary Kay Consumer Guide of Cosmetic Ingredients | Undated | | ✔ | |
| 140 | | MK 8251 | 8279 | Mary Kay Product Basics Presentation | Undated | | ✔ | |
| 141 | | MK 8238 | 8239 | Webpage: Online Product Guide: Skin Care Terms | 11/24/08 | | ✔ | |
| 142 | | MK 8240 | 8240 | Webpage: Online Product Guide: Oil Control | 11/24/08 | | ✔ | |
| 143 | | MK 8241 | 8241 | Webpage: Online Product Guide: Sunless Tan Lotion | 11/24/08 | | ✔ | |
| 145 | 145 | MK 8107 | 8151 | Mary Kay Applause Magazine | June 2004 | TOP: 802 402 403 (Limiting Instruction needed) | | |
| 146 | 146 | MK 8152 | 8183 | Mary Kay Applause Magazine | July 2007 | TOP: 802 402 403 (Limiting Instruction needed) | | |
| 147 | 147 | MK 8184 | 8231 | Mary Kay Applause Magazine | April 2008 | TOP: 802 402 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 403 (Limit-ing Instruct-ion needed) | | |
| 148 | | MK 8232 | 8233 | Mary Kay General Information Sheet regarding Product Shelf Life, Storage and Product Coding | 2007 | | ✓ | |
| | 149 | --- | --- | Mary Kay Webpage - Skin Care Schience and Technology: Learn the Facts About Skin Care and Science | 01/13/09 | | ✓ | |
| 150 | | --- | --- | Mary Kay Policy – Title: Expiration Dating Policy for Finished Goods | 08/03/04 | | ✓ | |
| 151 | | --- | --- | Mary Kay Standard Operating Procedure – Title: Date Code System for Finished Products | 08/03/04 | | ✓ | |
| 152 | | MK 8280 | 8281 | Mary Kay Standard Operating Procedure – Title: Shelf Life of Two Year Old Finished Goods and Sub-Assemblies Destruction Procedure (MKBS) | 09/28/04 | | ✓ | |
| 153 | | MK 8250 | 8250 | Mary Kay Policy – Title: Global Product Storage and Distribution Quality Practices Guidelines | 10/12/04 | | ✓ | |
| 154 | | MK 8242 | 8244 | Mary Kay General Document – Title: Guidelines to Assess Suitability of New Warehouse or Distribution Facilities Against MK Quality Requirements | 02/27/08 | | ✓ | |
| 155 | | MK 8245 | 8249 | Mary Kay General Document – Title: Guidelines for Quality Requirements & Good Practices for Warehouses and Distribution Centers | 04/07/08 | | ✓ | |
| 156 | | MK 8286 | 8286 | Mary Kay Product Review Memo regarding Touch of Pink www.touchofpinkcosmetics.com | 12/12/08 | 802 402 403 | | |
| 157 | | MK 8287 | 8404 | Margheim work product - Active product still on COS possibly within shelf life | Undated | 802 402 403 | | |
| 158 | | MK 8405 | 8494 | Margheim work product - Discontinued possibly within shelf life | Undated | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 159 | | MK 8495 | 8688 | Margheim work product - Mary Kay retired products | Undated | 802 402 403 | | |
| 160 | | MK 8689 | 8823 | Margheim work product –Discontinued Past shelf life | Undated | 802 402 403 | | |
| | 162 | --- | --- | Sharran Martin's Mary Kay web page | 01/08/09 | | ✓ | |
| | 163 | --- | --- | Touch of Pink web page Product List, Men's Collection | 01/27/09 | | ✓ | |
| | 164 | --- | --- | Touch of Pink web page displaying Mary Kay Tribute of Men Body and Hair Shampoo | 01/27/09 | | ✓ | |
| 165 | 165 | --- | --- | Discover Card Statement for Sharran Martin | 08/18/08 | | ✓ | |
| | 166 | --- | --- | E-mail exchange between Sharran Martin and Touch of Pink Cosmetics re: address for postage return label | 07/21/08 | | ✓ | |
| 167 | 167 | --- | --- | Email from Touch of Pink to Sharran Martin regarding Return Postage | 07/24/08 | | ✓ | |
| | 168 | --- | --- | E-mail exchange between Sharran Martin and Touch of Pink Cosmetics re: store credit | 07/31/08 | | ✓ | |
| | 169 | --- | --- | E-mail exchange between Sharran Martin and Touch of Pink Cosmetics re: credit on discover card | 08/03/08 | | ✓ | |
| | 170 | MK 8969 | 8970 | E-mail exchange between Sharran Martin and Touch of Pink Cosmetics re: TOP | 07/25/08 | | ✓ | |
| 171 | | --- | --- | Mary Kay Beauty Consultants Agreement for Sharran Pratt | 09/01/71 | | ✓ | |
| 172 | 172 | --- | --- | Sales Director's Agreement between Mary Kay Cosmetics, Inc. and Sharran Martin | 07/01/91 | | ✓ | |
| | 173 | --- | --- | Expert Report of Richard May | 11/19/08 | 802 | | |
| 174 | 174 | --- | --- | 1040 Income Tax Documents for Amy Weber | 2005 | | ✓ | |
| 175 | 175 | --- | --- | 1040 Income Tax Documents for Amy Weber | 2006 | | ✓ | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 176 | 176 | --- | --- | 1040 Income Tax Documents for Amy Weber | 2007 | | ✓ | |
| 177 | 177 | --- | --- | 2006 Business Expense Charts | 2006 | | ✓ | |
| 178 | 178 | TOP 142113 | 142128 | 2005 W-2 Tax Statement for Amy Weber | 2005 | | ✓ | |
| 179 | 179 | TOP 142129 | 142147 | 2006 W-2 Tax Statement for Amy Weber | 2006 | | ✓ | |
| 180 | 180 | TOP 142148 | 142166 | 2007 W-2 Tax Statement for Amy Weber | 2007 | | ✓ | |
| 181 | 181 | --- | --- | 2008 Business Expense Charts | 2008 | | ✓ | |
| 183 | 183 | MK 8917 | 8918 | Mary Kay Independent Consultant Product Replacement Request Form | Undated | | ✓ | |
| | 185 | MK 8997 | 9001 | Mary Kay Key Management Indications Report - Customer Satisfaction | 2008 | | ✓ | |
| | 186 | MK 8282 | 8285 | Customer Satisfaction Refund Detail Worksheet | 2005-2008 | | ✓ | |
| 187 | 187 | MK 9004 | 9010 | Chart on Complaints by Subcategory (received since 1/1/07) | Undated | | ✓ | |
| 188 | 188 | MK 9011 | 9013 | Chart on Complaints Subcategorized as Non Specific (received since 1/1/07) | Undated | | ✓ | |
| 189 | 189 | MK 9014 | 9021 | Chart on Customer Feedback Entries by Issue and Subcategory | Undated | | ✓ | |
| | 190 | --- | --- | Email from KatieLynne@aim.com to webmaster@marykayinc.com re: Satin Hand cream samplers | 12/13/08 | 802 | | |
| | 191 | --- | --- | Email exchange between MK Webmaster and Chrisalice@olypen.com re: Balancing Moisturizer Formula 2 | 02/13/08 | 802 402 403 | | |
| | 192 | --- | --- | Email from mtoma@woh.rr.com to webmaster@marykayinc.com re: Targeted Action Eye Revitalizer | 01/29/08 | 402 403 802 | | |
| | 193 | --- | --- | Email from dgreenwood@satx.rr.com to webmaster@marykayinc.com re: Blemish Control Toner samples | 07/02/08 | 802 402 403 | | |
| | 194 | --- | --- | Email from arney@stjoelive.com to webmaster@marykayinc.com re: Ultimate Mascara | 01/08/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | 195 | --- | --- | Email from dvillarreal7@sbcglobal.net to webmaster@marykayinc.com re: Ultimate Mascara | 01/06/09 | 802 402 403 | | |
| | 196 | --- | --- | Email from bugsmomanddad@comcast.net to webmaster@marykayinc.com re: cosmetic brush | 02/16/08 | 802 402 403 | | |
| | 197 | --- | --- | Email from lady2envy06@yahoo.com to webmaster@marykayinc.com re: Prizes, Star and Ladder Pin | 10/29/08 | 802 402 403 | | |
| | 198 | --- | --- | Email from shirleysmile22@yahoo.com to webmaster@marykayinc.com re: SPF 15 Sun Essentials | 06/16/08 | 802 402 403 | | |
| | 199 | --- | --- | Email from katiecofieldjames@gmail.com to webmaster@marykayinc.com re: microdermabrasion | 09/08/08 | 802 402 403 | | |
| | 200 | --- | --- | Email exchange between MK Webmaster and pattylish1@hotmail.com re: 3:1 Cleanser | 04/14/08 | | ✓ | |
| | 201 | --- | --- | Email exchange between Carol Zwerner – MK Webmaster – Crystal Tatum re: PRP Order | 10/08/08 | 802 402 403 | | |
| | 202 | --- | --- | Email from skrapt@yahoo.com to webmaster@marykayinc.com re: Customer Satisfaction | 12/05/08 | 802 402 403 | | |
| | 211 | --- | --- | Expert Report of Dr. Itamar Simonson | 01/05/09 | 802 | | |
| | 212 | --- | --- | Curriculum Vitae of Dr. Itamar Simonson | 01/05/09 | 802 | | |
| | 213 | --- | --- | Exhibit C to Expert Report of Dr. Itamar Simonson – Documents Reviewed by Dr. Simonson | 01/05/09 | 802 | | |
| | 214 | --- | --- | Exhibit B to Expert Report of Dr. Itamar Simonson – Cases in which Dr. Simonson Testified as an Expert at Trial | 01/05/09 | 802 | | |
| | 216 | TOP 142370 | --- | Invoice/Receipt No. 154079 to Karen Richardson from Touch of Pink Cosmetics | 10/16/08 | | ✓ | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 250 | | --- | --- | Email from C. Schwegmann to E. Carroll regarding TOP/MK – Expense Reports | 01/09/09 | 402/403 unless redacted | | |
| 251 | 499 | --- | --- | 2007 Business Expense Charts | 2007 | | ✓ | |
| 252 | | --- | --- | United States Patent and Trademark Office Patent Red. No. 1,842,599 for Mary Kay Cosmetics | 07/05/94 | | ✓ | |
| 253 | | --- | --- | Touch of Pink Cosmetics' Objections and Answers to Plaintiff's Second Set of Interrogatories | 09/03/08 | 402/403 due to obj. | | |
| 254 | | --- | --- | Plaintiff Mary Kay Inc.'s Responses to Touch of Pink Cosmetics' Second Set of Interrogatories | 09/23/08 | 802 402 403 | | |
| 255 | | --- | --- | Touch of Pink Cosmetics' Amended Answer to Plaintiff's Interrogatory No. 4 | 11/06/08 | 402/403 due to obj. & extra page | | |
| 256 | | --- | --- | Mary Kay Yahoo! Search Results for Mary Kay | Undated | | ✓ | |
| 257 | | --- | --- | Mary Kay Live Search for Mary Kay | Undated | | ✓ | |
| 258 | | --- | --- | Mary Kay Satisfaction Guarantee | Undated | | ✓ | |
| 259 | | | | Redacted Email from Yvonne Quiles to webmaster@marykayinc.com regarding Customer Satisfaction | 11/12/08 | | ✓ | |
| 260 | | --- | --- | Redacted Email from bambi760@sympatico.ca to webmaster@marykayinc.com regarding Touch of Pink Cosmetics | 04/17/08 | 802 402 403 | | |
| 261 | | --- | --- | Redacted Email from love2achieve@hotmail.com to webmaster@marykayinc.com regarding Touch of Pink Cosmetics | 01/24/08 | 802 402 403 | | |
| 262 | TOP 50331 | 50331 | | Email from Siv Moy to Service@Touch of Pink regarding Prices | 08/17/08 | 802 402 403 | | |
| 263 | TOP 132004 | 132005 | | Email from Susan Schuler to Brandee Bell regarding Liquidation | 07/09/08 | 402 403 | ✓ | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 264 | 501 | --- | --- | Product Sales Chart | 2008 | | ✓ | |
| 265 | | TOP 136583 | 136583 | Email from Cecilia Leung to inventory@Touch of Pink regarding Liquidation | 07/05/08 | 802 402 403 | ✓ | |
| 266 | | MK 0003 | 0016 | Legal-Ease Information for All Members of the Mary Kay Independent Sales Force | Undated | | ✓ | |
| 267 | | MK 7067 | 7091 | Mary Kay Suggestions & Guidelines For Using Company-Supplied Advertising Formats | Undated | 901 402 403 | | |
| 268 | | --- | --- | Article from Great Lakes Area Update: Central Illinois USPS Keeps Consultant's Business In The Pink | 11/00/07 | 901 802 402 403 | | |
| 269 | | TOP 43703 | 43803 | Email from Service@Touch of Pink to Emily Jasso (no subject) | 08/21/08 | 402 403 | | |
| 270 | | TOP 48785 | 48785 | Email from Service@Touch of Pink to Siv Moy regarding Prices | 08/17/08 | 802 402 403 | | |
| 271 | | TOP 56691 | 56691 | Email from Service@Touch of Pink to Brian Malota (no subject) | 08/12/08 | 402 403 | | |
| 272 | | TOP 140990_8 51 | 140990_8 52 | Email from Service@Touch of Pink to Roberta<customerservice@Touch of Pink regarding Dreams Moisture Lotion | 07/23/08 | 802 402 403 | | |
| 273 | | TOP 24820 | 24821 | Email from Service@Touch of Pink to Service@Touch of Pink regarding Online Order | 08/08/08 | 802 402 403 | | |
| 274 | | TOP 26173 | 26174 | Email from Service@Touch of Pink to Service@Touch of Pink regarding Damaged Items Order 130564 | 07/22/08 | 802 402 403 | | |
| 275 | | TOP 39381 | 39381 | Email from Rachel Martin to Service@Touch of Pink regarding Question about your return policy | 08/25/08 | 802 402 403 | | |
| 276 | | TOP 23941 | 23941 | Email from Susan McFarland to CustomerCare@Touch of Pink regarding | 08/19/08 | 802 402 403 | | |
| 277 | | TOP 24831 | 24832 | Email from Touch Of Pink to Service@Touch of Pink regarding Purchased Item | 08/08/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 278 | | TOP 32409 | 32409 | Email from Touch Of Pink to Shipping@Touch of Pink (no subject) | 06/07/08 | 802 402 403 | | |
| 279 | | TOP 39209 | 39210 | Email from oyedepo_ea@comcast.net to Touch of Pink regarding Expired Product – Invoice No. 135908 | 08/25/08 | 802 402 403 | | |
| 280 | | TOP 26230 | 26230 | Email from Touch Of Pink to Touch of Pink regarding Damaged Product | 07/21/08 | 802 402 403 | | |
| 281 | | TOP 57859 | 57859 | Email from Lorene Marsters to Service@Touch of Pink regarding Blush Quality Poor | 08/11/08 | 802 402 403 | | |
| 282 | | TOP 38875 | 38875 | Email from Carol and Bassam Al-Jazrawl to Service@Touch of Pink regarding Dreams Moisturizer | 08/25/08 | 802 402 403 | | |
| 283 | | TOP 26141 | 26142 | Email from Touch of Pink to Service@Touch of Pink regarding Belara Perfume | 07/24/08 | 802 402 403 | | |
| 284 | | TOP 23801 | 23802 | Email from Tammy@Touch of Pink to Service@Touch of Pink regarding Lip Products | 08/20/08 | 802 402 403 | | |
| 285 | | TOP 44236 | 44236 | Email from Mildred Hubbard to Service@Touch of Pink regarding Products | 08/21/08 | 802 402 403 | | |
| 286 | | TOP 23585 | 23585 | Email from Service@Touch of Pink to Shipping@Touch of Pink regarding My Order | 08/24/08 | 802 402 403 | | |
| 287 | | TOP 39305 | 39305 | Email from Service@Touch of Pink to Touch of Pink regarding Order #105834 Robin Schmidt | 08/25/08 | 802 402 403 | | |
| 288 | | TOP 24330 | 24332 | Email from Service@Touch of Pink to Shipping@Touch of Pink regarding Your Order Has Been Shipped – Invoice 133121 | 08/12/08 | 802 402 403 | | |
| 289 | | MK 8919 | 8919 | Email from MaryKayinTouch@marykayinc.om to Legal Support regarding WT20081019_000000141 That Hurts LF call | 10/20/08 | 802 402 403 | | |
| 290 | | MK 8920 | 8920 | Email from rtmkoss@comcast.net to Legal Support regarding Ebay | 10/09/08 | 802 402 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 403 | | |
| 291 | | MK 8921 | 8921 | Email from Susan Johnson to Laurie Fodge regarding from Diane Covington LF call | 10/07/08 | 802 402 403 | | |
| 292 | | MK 8922 | 8922 | Email from webmaster@marykayinc.com to Legal Support regarding WT20080904_000000312 Customer Satisfaction | 09/04/08 | 802 402 403 | | |
| 293 | | MK 8923 | 8923 | Email from nic3303@aol.com to Legal Support regarding Other | 09/02/08 | 802 402 403 | | |
| 294 | | MK 8924 | 8924 | Email from Schaap Moving to Legal Support regarding Illegal Website Selling Mary Kay | 09/02/08 | 802 402 403 | | |
| 295 | | MK 8925 | 8925 | Email from Bethenia@sbcglobal.net to Legal Support regarding Advertising | 08/11/08 | 802 402 403 | | |
| 296 | | MK 8926 | 8926 | Email from kdavis07@centurytel.net to Legal Support regarding Advertising | 07/08/08 | 802 402 403 | | |
| 297 | | MK 8927 | 8928 | Email from Legal Support to KathysPOPSTARS@comcast.net regarding Other | 05/13/08 | 802 402 403 | | |
| 298 | | MK 8929 | 8930 | Email from oh_irish_mountain@hotmail.com to Legal Support regarding Other | 05/12/08 | 802 402 403 | | |
| 299 | | MK 8931 | 8931 | Email from Susan Demaray to Legal Support regarding HELP!! | 05/09/08 | 802 402 403 | | |
| 300 | | MK 8933 | 8934 | Email from webmaster@marykayinc.com to Legal Support regarding WT20081213_000000000117 re: Notice: Customer Satisfaction | 12/18/08 | 802 402 403 | | |
| 301 | | MK 8937 | 8937 | Email from ajanney@stetson.edu to Legal Support regarding Other | 12/11/08 | 802 402 403 | | |
| 302 | | MK 8938 | 8938 | Email from webmaster@marykayinc.com to Legal Support regarding Advertising LF call | 11/05/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 303 | | MK 8943 | 8944 | Email from darleinebolch@yahoo.com to Legal Support regarding EBay LF call | 10/01/08 | 802 402 403 | | |
| 304 | | MK 8945 | 8946 | Email from sgoade@verzon.net to Legal Support regarding Other Fodge call | 09/24/08 | 802 402 403 | | |
| 305 | | MK 8947 | 8948 | Email from webmaster@marykayinc.com to sandollars03@aol.com regarding Testimonials and Success Stories | 09/23/08 | 802 402 403 | | |
| 306 | | MK 8951 | 8951 | Email from teri@fvi.net to Legal Support regarding Other Fodge called | 09/17/08 | 802 402 403 | | |
| 307 | | MK 8952 | 8952 | Email from Angie Branson to Legal Support regarding online sales of MK products Fodge called | 09/17/08 | 802 402 403 | | |
| 308 | | MK 8956 | 8956 | Email from cdimitroff@verizon.net to Legal Support regarding Ebay Fodge Calling | 09/05/08 | 802 402 403 | | |
| 309 | | MK8961 | 8961 | Email from webmaster@marykayinc.com to Legal Support regarding WT20080822_00000000154 Other | 08/22/08 | 802 402 403 | | |
| 310 | | MK 8963 | 8963 | Email from emsmk@cfl.rr.com to Legal Support regarding Other | 08/15/08 | 802 402 403 | | |
| 311 | | MK 8964 | 8964 | Email from Heidie Hinton to Legal Support (no subject) | 08/15/08 | 802 402 403 | | |
| 312 | | MK 8978 | 8978 | Email from MaryKayInTouch@marykayinc.com to Legal Support regarding WT20080627_00000000996 Miscellaneous/Other | 06/27/08 | 802 402 403 | | |
| 313 | | MK 8980 | 8981 | Email from drmnpink@aol.com to Legal Support regarding Other | 06/24/08 | 802 402 403 | | |
| 314 | | MK 8982 | 8982 | Email from ncm323@aol.com to Legal Support regarding Other | 06/10/08 | 802 402 403 | | |
| 315 | | MK 8983 | 8984 | Email from Acknowlegement@marykayinc.com to Legal Support regarding | 05/30/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | WT20080529_0000001132 Product Information | | | | |
| 316 | --- | --- | | Supplemental Expert Report of David Leathers | 01/30/09 | 802 | | |
| 317 | --- | --- | | Email from Service@Touch of Pink to P. Berg regarding Info, please, about dates of products on your site | 12/21/08 | 402 403 | | |
| 318 | --- | --- | | Email from Service@Touch of Pink to blovett_24@yahoo.com regarding Question | 12/11/08 | 402 403 | | |
| 319 | --- | --- | | Email from A. Weber to I. Ottosson regarding Exp. Date? | 12/14/08 | 802 402 403 | | |
| 320 | --- | --- | | Email from Service@Touch of Pink to wellsofky@aol.com regarding Product Expiration | 12/20/08 | 802 402 403 | | |
| 321 | --- | --- | | Email from Service@Touch of Pink to baker892000@yahoo.com regarding expired products | 11/25/08 | 802 402 403 | | |
| 322 | --- | --- | | Email from Service@Touch of Pink to Amazing You regarding Question | 11/29/08 | 802 402 403 | | |
| 323 | --- | --- | | Email from Service@Touch of Pink to guradianangel2424@yahoo.com regarding Mary kay | 11/24/08 | 802 402 403 | | |
| 324 | --- | --- | | Email from Service@Touch of Pink to K. Allred regarding Used Purchase | 11/23/08 | 802 402 403 | | |
| 325 | --- | --- | | Email from Service@Touch of Pink to T. Eidissen regarding Old Products | 11/25/08 | 802 402 403 | | |
| 326 | --- | --- | | Email from Service@Touch of Pink to nitadutton@sbcglobal.net (no subject) | 11/20/08 | | ✓ | |
| 327 | --- | --- | | Email from Service@Touch of Pink to M. Kuhlmann regarding Bad service | 11/19/08 | 802 402 403 | | |
| 328 | --- | --- | | Email from Service@Touch of Pink to Teresa regarding where are my cosmetics? | 11/16/08 | 802 402 403 | | |
| 329 | --- | --- | | Email from Service@Touch of Pink to l.maraldo@sbcglobal.net (no subject) | 11/15/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| 330 | | --- | --- | Email from Service@Touch of Pink to A. Long regarding No. 159502 | 11/14/08 | 802 402 403 | | |
| 331 | | --- | --- | Email from Service@Touch of Pink to Tootsiexyz2000@yahoo.com regarding The Money was taken from my account. Dig it up | 11/14/08 | 802 402 403 | | |
| 332 | | --- | --- | Email from Service@Touch of Pink to M. Soto (no subject) | 11/13/08 | 402 403 | | |
| 333 | | --- | --- | Email from Service@Touch of Pink to helencompacta@yahoo.com regarding Expiration DATES? | 11/12/08 | 402 403 | | |
| 334 | | --- | --- | Email from Service@Touch of Pink to krystal_aleman@yahoo.com regarding Mary Kay Timewise Targeted-Action Eye Revitalizer | 11/01/08 | 802 402 403 | | |
| 335 | | --- | --- | Email from Service@Touch of Pink to Linda regarding body buffing cream | 11/05/08 | 402 403 | | |
| 336 | | --- | --- | Email from Service@Touch of Pink to kfangmeier@yahoo.com regarding Expired Item | 12/29/08 | 802 402 403 | | |
| 337 | | --- | --- | Email from I. Dutton to Touch of Pink Cosmetics regarding order #116136 | 05/27/08 | 802 402 403 | | |
| 338 | TOP 140970 | 140975 | | MSN Keywords Report | 10/00/08 | | ✓ | |
| 339 | TOP 140896 | 140966 | | Touch of Pink Inventory  (1 day view) | Undated | | ✓ | |
| 340 | TOP 140991 | 141986 | | Complaint File | Various | 802 402 403 | | |
| 341 | | --- | --- | Mary Kay Consultant Order Form (Postmarked March 16-June 15, 2008) | Undated | 402 403 | | |
| 342 | | --- | --- | Mary Kay Look Book | Undated | 402 403 | | |
| 342 | | | | Touch of Pink Website | 03/04/08 | 901 | | |
| 344 | | --- | --- | Touch of Pink Website | 06/04/08 | 901 | | |
| 345 | | --- | --- | Look Book Catalog | 12/00/07 | 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 802 (p.33) | | |
| 346 | | --- | --- | Applause Magazine | Feb. 2008 | 802 901 402 403 | | |
| 347 | | --- | --- | Mary Kay Fall In Love Catalog – double page | Fall 2005 | 901 402 403 | | |
| 348 | | --- | --- | Mary Kay Fall In Love Catalog – full page | Fall 2005 | 901 402 403 | | |
| 349 | | --- | --- | Mary Kay Catalog mailer #1 | 1997 | 901 402 403 | | |
| 350 | | --- | --- | Mary Kay Catalog mailer #2 | 1997 | 901 402 403 | | |
| 351 | | --- | --- | Mary Kay Product Ingredient Guide | 1999 | 802 901 Rule 26 (e)(1) | | |
| 352 | | --- | --- | Mary Kay car window sticker | Undated | 901 402 403 | | |
| 353 | | --- | --- | Mary Kay Fall In Love Catalog – full page | Fall 2006 | 901 802 402 403 | | |
| 355 | | | | Mary Kay *Intouch* Product Ingredients #1 | 02/20/09 | 901 402 403 Rule 26 (e)(1) | | |
| 356 | | | | Mary Kay *Intouch* Product Ingredients #2 | 02/20/09 | 901 402 403 Rule 26 (e)(1) | | |
| 357 | | | | Mary Kay *Intouch* Product Ingredients #3 | 02/20/09 | 901 402 403 Rule 26 (e)(1) | | |
| 358 | | | | Mary Kay *Intouch* Product Ingredients #4 | 02/20/09 | 901 402 403 Rule 26 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (e)(1) | | |
| 359 | | --- | --- | Mary Kay Fact Sheets | Undated | 901 402 403 Rule 26 (e)(1) | | |
| 360 | | --- | --- | Mary Kay Trademark Registration No. 2,559,020 | 04/09/02 | 402 403 | | |
| | 401 | MK 8234 | 8237 | Mary Kay Product Guide | 2005 | | ✔ | |
| | 402 | TOP 142620 | 142771 | Mary Kay Career Essentials, A Consultant's Guide for Success | 2000 | | ✔ | |
| | 403 | TOP 142839 | 142904 | Mary Kay Products | 2000 | | ✔ | |
| | 404 | TOP 142552 | 142619 | Mary Kay Career Essentials Products | 2002, 2003 | | ✔ | |
| | 405 | TOP 142772 | 142787 | Mary Kay Career Essentials Starting Points | 2002 | | ✔ | |
| | 406 | TOP 142788 | 142838 | Mary Kay Career Essentials Reference | 2002 | | ✔ | |
| | 407 | TOP 142393 | 142551 | Mary Kay Consultants Guide | 2005 | | ✔ | |
| | 408 | MK008 824 | MK008 915 | Mary Kay Business Basics | 2008 | | ✔ | |
| | 409 | --- | --- | MK Webmaster complaints re: TimeWise Eye Revitalizer | Various | 802 402 403 | | |
| | 410 | --- | --- | MK Webmaster complaints re: Satin Hands | Various | 802 402 403 | | |
| | 411 | --- | --- | Email from dlhmk59@hotmail.com to webmaster@marykayinc.com re: cosmetic sponges | 05/12/08 | 802 402 403 | | |
| | 412 | --- | --- | Email from cmdupre@charter.net to webmaster@marykayinc.com re: cosmetic sponges | 03/22/08 | 802 402 403 | | |
| | 413 | --- | --- | Email from michelle.bodell@msn.com to webmaster@marykayinc.com re: signature mascara | 08/22/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | 414 | --- | --- | Email from kealiedawn@hotmail.com to webmaster@marykayinc.com re: Velocity Lightweight moisturizer | 09/25/08 | 802 402 403 | | |
| | 415 | --- | --- | Email from cmgaulden@appomattox.k12.va.us to webmaster@marykayinc.com re: Embrace lotions | 03/04/08 | 802 402 403 | | |
| | 416 | --- | --- | Email from mklww@aol.com to webmaster@marykayinc.com re: tanning lotion | 02/29/08 | 802 402 403 | | |
| | 417 | --- | --- | Email from italianrose52@yahoo.com to webmaster@marykayinc.com re: self tanner | 02/14/08 | 802 402 403 | | |
| | 418 | --- | --- | Email from oceansong@gwi.net to webmaster@marykayinc.com re: mineral powder | 03/31/08 | 802 402 403 | | |
| | 419 | --- | --- | Email from julsberg1723@aol.com to webmaster@marykayinc.com re: cream foundation | 03/13/08 | 802 402 403 | | |
| | 420 | --- | --- | Email from borchardt@cableone.net to webmaster@marykayinc.com re: even complexion essence | 01/08/09 | 802 402 403 | | |
| | 421 | --- | --- | Email from becky.sather@comcast.net to webmaster@marykayinc.com re: lipstick | 05/29/08 | 802 402 403 | | |
| | 422 | --- | --- | Email from dianeschwick@hotmail.com to webmaster@marykayinc.com re: lip mask | 02/18/08 | 802 402 403 | | |
| | 423 | --- | --- | Email from ckozej@verizon.net to webmaster@marykayinc.com re: Berry Kiss | 12/12/07 | 802 402 403 | | |
| | 424 | --- | --- | MK Webmaster complaints re: Reactions | Various | 802 402 403 | | |
| | 425 | --- | --- | Email from thrushfca@hotmail.com to webmaster@marykayinc.com re: bronzed lipsticks | 09/17/08 | 802 402 403 | | |
| | 426 | --- | --- | Email from jrfmom@verizon.net to webmaster@marykayinc.com re: eyeliner | 07/02/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | 427 | --- | --- | Email from tamistackelhouse@gmail.com to webmaster@marykayinc.com re: Eye Revitalizer | 05/25/08 | 802 402 403 | | |
| | 428 | --- | --- | Email from crenebrown@verizon.net to webmaster@marykayinc.com re: waterproof mascara | 08/04/08 | 802 402 403 | | |
| | 429 | --- | --- | MK Webmaster complaints re: Brushes | Various | 802 402 403 | | |
| | 430 | --- | --- | Email from alecialedbetter@bellsouth.net to webmaster@marykayinc.com re: Subtle Tanning Lotion | 06/03/08 | 802 402 403 | | |
| | 431 | --- | --- | Email from mfhouse@yahoo.com to webmaster@marykayinc.com re: mascara | 11/18/08 | 802 402 403 | | |
| | 432 | --- | --- | Email from barbmcnabb@att.net to webmaster@marykayinc.com re: TimeWise cleanser and moisturizer, cheek color and eye liner | 04/14/08 | 802 402 403 | | |
| | 433 | --- | --- | Email from plumleaf1317@gmail.com to webmaster@marykayinc.com re: black/brown Ultimate Mascara | 10/30/08 | 802 402 403 | | |
| | 434 | --- | --- | Email exchange between MK Webmaster and padglek@prodigy.net re: compacts and brown eye liner | 08/23/08 | 802 402 403 | | |
| | 435 | --- | --- | Email from linleecrawford@aim.com to webmaster@marykayinc.com re: TimeWise | 06/06/08 | 802 402 403 | | |
| | 436 | --- | --- | Email from melliebelleandco@hotmail.com to webmaster@marykayinc.com re: holiday gift sets in vanilla and winterberry | 11/24/08 | 802 402 403 | | |
| | 437 | --- | --- | Email from wrchota@execpc.com to webmaster@marykayinc.com re: Enriched Moisturizer Formula 1 | 02/18/08 | 802 402 403 | | |
| | 438 | --- | --- | Email from lianeplatt@swbell.net to webmaster@marykayinc.com re: | 08/17/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | Balancing Moisturizer Formula 2 | | | | |
| | 439 | --- | --- | Email exchange between MK Webmaster and jmorner@acsalaska.net re: mascara samplers | 12/28/07 | 802 402 403 | | |
| | 440 | --- | --- | Email from jlowy@netzero.com to webmaster@marykayinc.com re: lip samplers | 01/06/08 | 802 402 403 | | |
| | 441 | --- | --- | MK Webmaster complaints re: TimeWise discolorations | Various | 802 402 403 | | |
| | 442 | --- | --- | MK Webmaster complaints re: Crème-to-Powder Foundation | Various | 802 402 403 | | |
| | 443 | --- | --- | MK Webmaster complaints re: Mascara | Various | 802 402 403 | | |
| | 444 | --- | --- | Email from bayson2000@yahoo.com to webmaster@marykayinc.com re: Velocity moisturizer | 04/26/08 | 802 402 403 | | |
| | 445 | --- | --- | Email from rickysue01@hotmail.com to webmaster@marykayinc.com re: Satin Lips | 08/21/08 | 802 402 403 | | |
| | 446 | --- | --- | Email from amylstatham@yahoo.com to webmaster@marykayinc.com re: mechanical brow pencils | 09/30/08 | 802 402 403 | | |
| | 447 | --- | --- | Email from mlmannie@sbcglobal.net to webmaster@marykayinc.com re: 12 year-old product | 10/05/08 | 802 402 403 | | |
| | 448 | --- | --- | Email from jewels1977@comcast.net to webmaster@marykayinc.com re: question on exchanging expired products | 03/09/08 | 802 402 403 | | |
| | 449 | --- | --- | MK Webmaster emails re: IBC questions on shelf life and expiration dates | Various | 802 402 403 | | |
| | 450 | --- | --- | Email exchange between MK Webmaster and twopg@aol.com re: questions on product age | 06/16/08 | 802 402 403 | | |
| | 451 | --- | --- | Email from dwhuber@bmi.net to webmaster@marykayinc.com re: | 06/17/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | moisture rich mask formula 1 | | | | |
| | 452 | --- | --- | Email exchanges re: PRP on hold due to expired product | Various | 802 402 403 | | |
| | 453 | --- | --- | Emails from geovanavelez@comcast.net to webmaster@marykayinc.com re: expired cheek blush, foundation and TimeWise | 02/28/08 | 802 402 403 | | |
| | 454 | --- | --- | Email from Catherine.hawkins@wdc.usda.gov to webmaster@marykayinc.com re: Acne Treatment Gel | 05/08/08 | 802 402 403 | | |
| | 455 | --- | --- | Email from lacie55hanna@yahoo.com to webmaster@marykayinc.com re: Satin Hands | 04/03/08 | 802 402 403 | | |
| | 456 | --- | --- | Email from juliehaver@gmail.com to webmaster@marykayinc.com re: TimeWise skin care | 04/11/08 | 802 402 403 | | |
| | 457 | --- | --- | Email from jgoodnough@flathead.mt.gov to webmaster@marykayinc.com re: Miracle set | 09/24/08 | 802 402 403 | | |
| | 458 | --- | --- | Email from cvandermark1@hvc.rr.com to webmaster@marykayinc.com re: TimeWise Velocity Cleanser | 01/26/08 | 802 402 403 | | |
| | 459 | --- | --- | Email from blstuempfig@earthlink.net to webmaster@marykayinc.com re: mineral eye colors, Nighttime Recovery System and waterproof mascaras | 09/14/08 | 802 402 403 | | |
| | 460 | --- | --- | Email from kelp1091@aol.com to webmaster@marykayinc.com re: TimeWise Age Fighting Moisturizer | 3/25/08 | 802 402 403 | | |
| | 461 | --- | --- | Email from ludmillafono@hotmail.com to webmaster@marykayinc.com re: broken eyeliner | 11/22/08 | 802 402 403 | | |
| | 462 | --- | --- | MK Webmaster complaints re: missing products | Various | 802 402 403 | | |
| | 463 | --- | --- | MK Webmaster complaints re: damaged boxes | Various | 802 402 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 403 | | |
| | 464 | --- | --- | MK Webmaster complaints re: shipping complaints | Various | 802 402 403 | | |
| | 465 | --- | --- | MK Webmaster complaints re: wrong product received | Various | 802 402 403 | | |
| | 466 | --- | --- | MK Webmaster complaints re: empty/dry mascara | Various | 802 402 403 | | |
| | 467 | --- | --- | Email from emoss72@aol.com to webmaster@marykayinc.com re: even complexion essence | 01/26/08 | 802 402 403 | | |
| | 468 | --- | --- | Email from dicque2cfl.rr.com to webmaster@marykayinc.com re: Journey Eau de Parfum | 03/25/08 | 802 402 403 | | |
| | 469 | --- | --- | MK Webmaster emails re: ingredient requests | Various | 802 402 403 | | |
| | 470 | --- | --- | MK Webmaster complaints re: broken Starter Kit mirrors | Various | 802 402 403 | | |
| | 471 | --- | --- | MK Webmaster complaints re: broken compacts | Various | 802 402 403 | | |
| | 472 | --- | --- | MK Webmaster complaints re: damaged products | Various | 802 402 403 | | |
| | 473 | --- | --- | MK Webmaster complaints re: leaking products | Various | 802 402 403 | | |
| | 474 | --- | --- | Email from vanessalasota@yahoo.com to webmaster@marykayinc.com re: various complaints | 01/22/08 | 802 402 403 | | |
| | 475 | --- | --- | Email from dominica1971@aol.com to webmaster@marykayinc.com re: Targeted Action Line Reducer | 03/03/08 | 802 402 403 | | |
| | 476 | --- | --- | MK Webmaster emails re: IBC concerns | Various | 802 402 403 | | |
| | 477 | --- | --- | Email exchange between Diana Chandler – MK Webmaster – Trisha Pena re: product return | 02/21/08 | 802 402 403 | | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | 478 | --- | --- | MK Webmaster emails re: Discontinued Products | Various | 802 402 403 | | |
| | 479 | --- | --- | MK Webmaster complaints re: Compacts | Various | 802 402 403 | | |
| | 490 | --- | --- | Email from Kim Ellis to service@touchofpinkcosmetics.com re: THANK YOU | 09/23/08 | 802 402 403 | | |
| | 493 | --- | --- | Email exchange between Amy Plessinger and Amy Weber with Touch of Pink Cosmetics re: Embrace Harmony Body Mist | 09/09/08 | 802 402 403 | | |
| | 495 | --- | --- | Email exchange between Sarah Trainor and service@touchofpinkcosmetics.com re: check amount | 09/19/08 | | ✓ | |
| | 496 | --- | --- | Email exchange between Julie Jasinski and service@touchofpinkcosmetics.com re: return | 11/09/08 | | ✓ | |
| | 497 | --- | --- | Email exchange between Nancy Navarro and service@touchofpinkcosmetics.com re: Catalogs | 09/13/08 | | ✓ | |
| | 498 | --- | --- | Emails to Touch of Pink re: Customer Service | Various | 802 402 403 | | |
| 251 | 499 | TOP 142391 | 142391 | Touch of Pink's Expense Reports | 2007 | | ✓ | |
| | 500 | TOP 142907 | 142907 | Touch of Pink's Loss Report | 2008 | | ✓ | |
| | 501 | TOP 142908 | 142908 | Touch of Pink's Sales information | 2008 | | ✓ | |
| | 502 | --- | --- | Mary Kay Tribute for Men Body and Hair Shampoo 8 fl. oz. (maroon) | Undated | | ✓ | |
| | 503 | --- | --- | Mary Kay Tribute for Men Body and Hair Shampoo 8 fl. oz. in box | Undated | | ✓ | |
| | 504 | --- | --- | Mary Kay Tribute for Men Body and Hair Shampoo 8 fl. oz. in box | Undated | | ✓ | |
| | 505 | --- | --- | Mary Kay Tribute for Men Body and Hair Shampoo 6.5 fl. oz. in box | Undated | | ✓ | |

| Plts. Trial Ex. No. | Defs Trial Ex. No. | Beg. Bates No. | End. Bates No. | Description | Date | Obj. | Agree | Admitted |
|---|---|---|---|---|---|---|---|---|
| | 506 | --- | --- | Touch of Pink Website | 2/11/09 | | ✓ | |
| | 507 | --- | --- | Touch of Pink eBay store | 2/11/09 | | ✓ | |
| | 508 | --- | --- | Mary Kay website | 2/11/09 | | ✓ | |
| | 509 | MK008 405 | MK008 494 | Exhibit 158 Revised with Launch Dates | Dec. 2008 | | ✓ | |
| | 510 | | | Demonstrative Exhibit: Touch of Pink's financial information from 2005-2007 (with tax) | 2005 – 2007 | 402 403 | | |
| | 511 | | | Demonstrative Exhibit: Touch of Pink's financial information from 2005-2008 (pre-tax) | 2005 – 2008 | 402 403 | | |
| | 512 | | | TOP website: search function for Mary Kay and Compacts/Applicators (offered only if Court allows Ex. 344 into evidence) | 02/21/09 | | ✓ | |
| | 513 | | | TOP website: search function for Mary Kay or Compacts/Applicators (offered only if Court allows Ex. 344 into evidence) | 02/21/09 | | ✓ | |

Dated:  February 23, 2009

Respectfully submitted,


  /s/ Chris Schwegmann_____
John T. Cox III
Texas Bar No. 24003722
tcox@lynnllp.com
Jeffrey M. Tillotson, P.C.
Texas Bar No. 20039200
jmt@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24036724
cschwegmann@lynnllp.com
**LYNN TILLOTSON PINKER & COX, LLP**
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEYS FOR MARY KAY INC.**


  /s/ Elizann Carroll_____
Molly Buck Richard
molly@richardlawgroup.com
Texas State Bar No. 16842800
Elizann Carroll
Elizann@richardlawgroup.com
Texas State Bar No. 00787209
RICHARD LAW GROUP, INC.
8411 Preston Road, Suite 890
Dallas, Texas 75225
(214) 206-4300 Telephone
(214) 206-4330 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

was served by ECF on this 23rd day of February, 2009:

        Elizann Carroll, Esq.
        RICHARD LAW GROUP, INC.
        8411 Preston Road, Suite 890
        Dallas, Texas  75225

                   /s/ Chris Schwegmann
                   Christopher J. Schwegmann